IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Viking Arm AS | ) | |
| --- | --- | --- |
| | ) | Case No. 1:22-cv-2604 |
| v. | ) | |
| | ) | Judge: Hon. Robert M. Dow |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Gabriel A. Fuentes |
| IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Ruppert Garden Tools, LLC, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
| --- | --- | --- |
| 161 | HONGC-US | A29EG18HLOPSD1 |
| 170 | SOUFORCE | A2OCOELAF21JBK |
| 259 | aringbag | 1841066777 |
| 271 | bookmarkdeals | 500370316 |
| 284 | dailydeals_shop | 1607246407 |
| 367 | sorfhard | 1290337992 |
| 374 | techwin_us | 2137935470 |
| 407 | Home Apply | 5e001e0928fc71030163eb2a |
| 510 | qonxhilvrou | 5af8f300fbf60d6953e0bf05 |
| 293 | egobasic | egobasic |
| 355 | rg-best | rg-best |
| 381 | umissmall | umissmall |
| 396 | worldness | worldness |
| 467 | lvyanjuan | 5850f11379b45e5269a4fe08 |
| 468 | dopaqq | 585406d0e788110af5017fe1 |
| 480 | EdenFire | 58d0923178bdec15732bfe82 |
| 490 | changraner | 59530728e455103c7ffeaa00 |
| 494 | aixiaofuzhuang | 597b1ca88ee78d71a6009c08 |

Dated: June 28, 2022                    Respectfully submitted,

                                                 By:     s/David Gulbransen/
                                                         David Gulbransen
                                                         Attorney of Record

                                                         David Gulbransen (#6296646)
                                                         Law Office of David Gulbransen
                                                         805 Lake Street, Suite 172
                                                         Oak Park, IL 60302
                                                         (312) 361-0825 p.
                                                         david@gulbransenlaw.com